RECEIVED
RECEIVED
MAY 2 6 2009
U... ...STERN DISTRICT OF LA
TO Y R MOORE, CLERK
7/01/09
GB
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VERA CELESTAIN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 11908 |
| ) | |
| VERMILION PARISH SCHOOL BOARD, et al., ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

In September 2006, the United States initiated a review of the Vermilion Parish School District ("District"). After reviewing data provided by the District as well as other publicly available information, the United States advised the District that, in its view, the District had fulfilled its affirmative desegregation obligations under the Fourteenth Amendment and applicable federal law. This determination, if ratified by the Court, entitles the District to a declaration of unitary status and the termination of this litigation. As indicated by the signatures of counsel below, the parties request that the Court approve this Agreed Order of Dismissal, declare that the District has achieved unitary status, and dismiss this case.

I. **PROCEDURAL HISTORY**

On December 20, 1974, Vermilion Parish entered into a consent decree ("Decree") with private plaintiffs and the United States. In the order entering the Decree, the Court noted that

> [i]t is apparent from the record in this case, including the detailed plan for the operation of the Vermilion Parish public schools, and we so find and accordingly decree that the above-named defendants have previously achieved a unitary school system and have operated as such for a period in excess of three (3) years prior to this date; accordingly all detailed regulatory injunctions heretofore entered by this Court against said defendants are hereby dissolved.

See Decree at ¶ III.

One objective of the Decree was to implement a "Merit System For Hiring and Promotion of Personnel" that incorporated a series of objective criteria to assess the qualifications of applicants for positions as principals, teachers, teacher-aides, and other staff working directly with children in the school system. The Court also issued a permanent injunction enjoining the District

> from operating a dual public school system in the parish of Vermilion and from adopting any regulatory policies, practices or performing any acts in regard to said public school system in any aspect of its operations which are discriminatory as to any members of the student population, faculty or staff, or any of its employees, or which would deny any benefits to any of said persons or classes of persons, or others affected by said action, on grounds of race, religion, color or national origin.

See Decree at ¶ IV.

Finally, the Decree obligated the District to file two annual statistical reports on or before November 15, 1975 and November 15, 1976, in the format required by the Fifth Circuit in United States v. Hinds County School Board, 433 F.2d 618-19, Appendix B (5th Cir. 1970). See Decree at ¶ V. The docket sheet for this case reflects that the District filed both reports in accordance with the requirements of the Decree. After the District filed the second report the Court administratively closed the case. According to the records of both parties, no additional court orders or consent decrees have been entered in this matter.

Since December 20, 1974, the District has operated under the auspices of the permanent injunction established by the Decree. To assess the status of the District's desegregation efforts, the United States initiated a review of this case on September 13, 2006 by requesting that the District submit information regarding student assignment, transfers, faculty and staff assignment,

2

facilities, transportation and extracurricular activities. The United States also conducted a site visit of the District in February 2008. On the basis of this review the parties now approach the Court and request that it approve this Agreed Order of Unitary Status and Dismissal.

## II. STIPULATED FACTS

### A. *Student Assignment*

The District operates nineteen schools that served approximately 9,060 students in 2008-09. The racial composition of the District's enrolled student body was approximately 22% black, 73% white, and 5% other races. At each school students were assigned to classrooms on a non-discriminatory basis. The most recent student enrollment data for District schools, disaggregated by race, is set forth below:

**Abbeville HS Attendance Zone**

| Location | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| Abbeville HS (9-12) 624 students | 44.9 | 44.9 | 3.0 | 7.1 | 0.2 |
| J. H. Williams MS (6-8) 520 students | 39.2 | 51.5 | 3.5 | 5.4 | 0.4 |
| Seventh Ward ES (PreK-5) 305 students | 70.2 | 17.4 | 9.8 | 2.6 | 0.0 |
| Herod ES (PreK-5) 664 students | 26.5 | 65.2 | 2.1 | 6.2 | 0.0 |
| Eaton Park (PreK-5) 635 students | 37.5 | 53.1 | 2.4 | 7.1 | 0.0 |

### Erath HS Attendance Zone

| Location | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| Erath HS (9-12) 492 students | 89.4 | 7.9 | 0.4 | 1.8 | 0.4 |
| Erath MS (4-8) 749 students | 90.5 | 6.8 | 1.6 | 1.1 | 0.0 |
| Dozier ES (PreK-3) 687 students | 92.0 | 4.5 | 1.0 | 2.5 | 0.0 |

### Gueydan HS Attendance Zone

| Location | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| Gueydan HS (6-12) 221 students | 85.5 | 13.6 | 0.5 | 0.5 | 0.0 |
| Jesse Owens ES (PreK-5) 220 students | 85.0 | 14.5 | 0.5 | 0.0 | 0.0 |

### Kaplan HS Attendance Zone

| Location | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| Kaplan HS (9-12) 468 students | 84.6 | 13.7 | 0.4 | 1.3 | 0.0 |
| Renee Rost MS (5-8) 426 students | 81.5 | 16.4 | 0.7 | 1.4 | 0.0 |
| Kaplan ES (PreK-4) 592 students | 82.1 | 15.5 | 1.4 | 1.0 | 0.0 |
| Forked Island ES/MS (PreK-8) 322 students | 98.4 | 1.6 | 0.0 | 0.0 | 0.0 |

## North Vermilion HS Attendance Zone

| Location | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| North Vermilion HS (7-12) 754 students | 85.5 | 12.2 | 0.7 | 1.5 | 0.1 |
| Meaux ES (PreK-6) 431 students | 87.5 | 8.8 | 0.5 | 2.3 | 0.9 |
| Maurice ES (PreK-6) 622 students | 81.4 | 16.4 | 1.3 | 0.8 | 0.2 |
| Indian Bayou ES/MS (PreK-8) 246 students | 92.3 | 2.4 | 4.1 | 1.2 | 0.0 |

## Total Student Enrollment[1]

| Total | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| 9060 students | 72.9 | 22.5 | 1.7 | 2.8 | 0.1 |

*B.     Faculty Assignment*

Data from the 2008-09 school year reveals that the racial composition of teachers at each school hewed closely to the racial composition of teachers for the District as a whole. Faculty were assigned to District schools on a non-discriminatory basis. The most recent faculty data for District schools, disaggregated by race, is set forth below:

---

[1] The total student enrollment includes 82 students enrolled in the Vermilion Parish Alternative Program at the time this data was compiled.

5

### Abbeville HS Attendance Zone

| Location | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| Abbeville HS (9-12) 58 staff members | 87.9 | 12.1 | 0.0 | 0.0 | 0.0 |
| J. H. Williams MS (6-8) 57 staff members | 84.2 | 15.8 | 0.0 | 0.0 | 0.0 |
| Seventh Ward ES (PreK-5) 29 staff members | 89.7 | 10.3 | 0.0 | 0.0 | 0.0 |
| Herod ES (PreK-5) 55 staff members | 96.4 | 3.6 | 0.0 | 0.0 | 0.0 |
| Eaton Park ES (PreK-5) 69 staff members | 89.9 | 10.1 | 0.0 | 0.0 | 0.0 |

### Erath HS Attendance Zone

| Location | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| Erath HS (9-12) 40 staff members | 95.0 | 5.0 | 0.0 | 0.0 | 0.0 |
| Erath MS (4-8) 62 staff members | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Dozier ES (PreK-3) 49 staff members | 98.0 | 2.0 | 0.0 | 0.0 | 0.0 |

### Gueydan HS Attendance Zone

| Location | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| Gueydan HS (6-12) 31 staff members | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jesse Owens ES (PreK-5) 25 staff members | 96.0 | 4.0 | 0.0 | 0.0 | 0.0 |

### Kaplan HS Attendance Zone

| Location | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| Kaplan HS (9-12) 46 staff members | 97.8 | 2.2 | 0.0 | 0.0 | 0.0 |
| Renee Rost MS (5-8) 39 staff members | 97.4 | 0.0 | 2.6 | 0.0 | 0.0 |
| Kaplan ES (PreK-4) 50 staff members | 96.0 | 4.0 | 0.0 | 0.0 | 0.0 |
| Forked Island ES/MS (PreK-8) 31 staff members | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 |

### North Vermilion HS Attendance Zone

| Location | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| North Vermilion HS (7-12) 60 staff members | 95.0 | 5.0 | 0.0 | 0.0 | 0.0 |
| Meaux ES (PreK-6) 31 staff members | 96.8 | 3.2 | 0.0 | 0.0 | 0.0 |
| Maurice ES (PreK-6) 41 staff members | 90.2 | 9.8 | 0.0 | 0.0 | 0.0 |
| Indian Bayou ES/MS (PreK-8) 23 staff members | 95.7 | 4.3 | 0.0 | 0.0 | 0.0 |

### Total Faculty

| Total | % White | % Black | % Hispanic | % Asian | % Native American |
|---|---|---|---|---|---|
| 796 staff members | 94.3 | 5.5 | 0.1 | 0.0 | 0.0 |

C. *Transportation*

An examination of materials submitted by the District reveals no evidence of discrimination or other non-equitable treatment in the transportation of students to District schools.

D. *Facilities*

The United States received a copy of the District's facilities upgrade schedule and personally inspected many District schools. On the basis of this review the United States determined that the District has satisfied its legal obligation to construct and maintain school facilities in a manner that is non-discriminatory and does not perpetuate racial segregation.

E. *Extracurricular Activities*

Data furnished by the District reflects that students of all races are well represented on athletic teams, academic competition teams, and in other extracurricular clubs. Minority students successfully compete for school accolades, but do not receive rewards or recognition on the basis of race.

III. **LEGAL ANALYSIS**

The remedial objective of a school desegregation case is to convert a *de jure* segregated school system to a system without identifiable "white schools" or "black schools," but just schools that serve students of all races. The standard established by the Supreme Court for determining whether a school district has achieved unitary status, thereby warranting termination of judicial supervision, is: (1) whether the school district has fully and satisfactorily complied with the court's desegregation orders for a reasonable period of time; (2) whether the school district has eliminated the vestiges of past *de jure* discrimination to the extent practicable; and (3)

whether the school district has demonstrated a good faith commitment to the whole of the court's orders and to those provisions of the law and the Constitution that formed the predicate for judicial intervention in the first instance. See Missouri v. Jenkins, 515 U.S. 70, 88-89 (1995); Freeman v. Pitts, 503 U.S. 467, 491-92, 498 (1992); Board of Educ. of Oklahoma City Pub. Sch. v. Dowell, 498 U.S. 237, 248-50 (1991).

The Supreme Court has identified five areas, commonly known as the "Green factors," which must be addressed as part of the determination of whether a school district has fulfilled its duties and eliminated all vestiges of the prior dual school system to the extent practicable: (1) student assignment; (2) faculty and staff; (3) transportation; (4) facilities and resource allocation; and (5) extracurricular activities. See Freeman, 503 U.S. at 486; Green v. County Sch. Bd. of New Kent County, 391 U.S. 430, 435 (1968). The Green factors are not a rigid framework, and the Supreme Court has endorsed the consideration of other factors, such as "quality of education," to determine whether a school district has satisfied its desegregation obligations. See Freeman, 503 U.S. at 492-93.

The information obtained by the United States demonstrates that the District has complied with the Court's desegregation orders for a reasonable period of time and has eliminated the vestiges of past *de jure* discrimination to the extent practicable. The Court therefore concludes that the Vermilion Parish School District has met the legal standards for a declaration of unitary status and is entitled to dismissal of this action.

Accordingly, it is hereby ORDERED that all prior injunctions against the Vermilion Parish School District are DISSOLVED, jurisdiction is TERMINATED, and the case against the Vermilion Parish School District is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

ENTERED THIS 9th DAY OF July, 2009.

APPROVED:

For the United States:

LORETTA KING
Acting Assistant Attorney General

_____
FRANZ R. MARSHALL
JONATHAN FISCHBACH
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Section
601 D. Street, N.W., Suite 4300
Washington, D.C. 20530
Phone: (202) 305-3753
Fax: (202) 514-8337

For the School District of Vermilion Parish:

_____
CALVIN WOODRUFF, ESQ.

10

Vermilion Parish Schools
220 S. Jefferson St.
P.O. Drawer 520
Abbeville, LA 70511

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2009, a true copy of the foregoing Agreed Order of Dismissal was served via electronic mail upon the following counsel of record:

        Calvin Woodruff, Esq.
        Vermilion Parish Schools
        220 S. Jefferson St.
        P.O. Drawer 520
        Abbeville, LA 70511


                s/ Jonathan Fischbach
                Jonathan Fischbach
                Trial Attorney



**U.S. Department of Justice**
Civil Rights Division
Educational Opportunities Section

DJ 169-33-24
FRM:JDF

**RECEIVED**

**MAY 2 6 2009**

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

| U.S. Mail: | 950 Pennsylvania Ave., N.W. PHB 4300 Washington, D.C. 20530 |
| Overnight: | 601 D Street, N.W., Suite 4300 Washington, D.C. 20004 |

Tele: (202) 305-3753  Fax: (202) 514-8337
Email: Jonathan.Fischbach@usdoj.gov

May 21, 2009

Tony Moore, Clerk of Court
United States District Court
Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083

Re:  *Celestain, et al. v. Vermilion Parish School Board, et al.,*
C.A. No. 11908 (W.D. La.)

Dear Mr. Moore:

Enclosed for filing, please find the original and one copy of the signed Agreed Order of Dismissal in the above-referenced case. I would appreciate your assistance in filing the original and returning a file-stamped copy to me in the self-enclosed envelope. Please let me know if you have any questions.

Thank you for your assistance.

Sincerely,

Jonathan Fischbach
Trial Attorney
Educational Opportunities Section

cc:  Calvin Woodruff, Esq.